## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## SOUTHERN DIVISION

## MINUTE SHEET

Date: September 9, 2024

| Plaintiffs: | | |
|---|---|---|
| Fernandes | Case Nos. | 23-3005-CV-S-MDH |
| Payne | | 23-3008-CV-S-MDH |
| Salazar | | 23-3228-CV-S-MDH |
| Borlase | | 23-3243-CV-S-MDH |
| Ferrazzani | | 23-3244-CV-S-MDH |
| Maitland | | 23-3245-CV-S-MDH |
| Marciarose | | 23-3246-CV-S-MDH |
| Britt | | 23-3316-CV-S-MDH |
| Alverado | | 24-3025-CV-S-MDH |
| Brown | | 24-3027-CV-S-MDH |
| Kemble | | 24-3029-CV-S-MDH |
| Newcomer | | 24-3031-CV-S-MDH |
| Opiola | | 24-3033-CV-S-MDH |
| Theriault | | 24-3034-CV-S-MDH |
| Sharp | | 24-3068-CV-S-MDH |
| Ramirez | | 24-3107-CV-S-MDH |
| Francis | | 24-3108-CV-S-MDH |
| H.P. | | 24-3149-CV-S-MDH |
| Adams | | 24-3166-CV-S-MDH |
| Laude | | 24-3167-CV-S-MDH |
| Stoner | | 24-3172-CV-S-MDH |
| MB2 | | 24-3184-CV-S-MDH |
| Broek | | 24-3225-CV-S-MDH |

vs.
**Defendants:**
**Agape Baptist Church, Inc., et al.,**


**Honorable Douglas Harpool, presiding at Springfield, Missouri**

**Nature of Hearing: Hearing on Pending Motions and Scheduling Issues**

**Time Commenced: 10:05 a.m.**          **Time Terminated: 11:10 a.m.**

**APPEARANCES**

**Plaintiff: Phillip Martens, Rebecca Randles**
**Defendant:   John Schultz, Pat Keck, Rachael Riso, Ryan Bertels**

**Proceedings:**   Parties appear as indicated.   Various matters taken up.   Oral argument on Motion to Dismiss (Britt).   Court takes Motion to Dismiss under advisement. Oral argument on punitive damages.   Matter taken under advisement.   Scheduling issues taken up. Parties are to submit weeks available for trial.

**COURTROOM DEPUTY: Linda Howard**
**COURT REPORTER:   Jodi Quelle**
**LAW CLERK:   Michael Rotellini**